IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KYLE WILLIAMS | : | CIVIL ACTION |
| v. | : | |
| JOHN WETZEL, et al. | : | NO. 13-3580 |

## ORDER

MARY A. MCLAUGHLIN, J.,

AND NOW, this 19th day of November, 2013, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is placed in suspense until the conclusion of the state appellate proceedings.

3. Petitioner and Respondents shall notify the court within thirty days of the conclusion of the state proceedings so the habeas petition may proceed in this court.

4. Petitioner's motions for appointment of counsel (Docs. 2 & 6) are DENIED WITHOUT PREJUDICE.

BY THE COURT:

_____
MARY A. MCLAUGHLIN, J.

ENTERED
NOV 20 2013
CLERK OF COURT